IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEAN C. BOYD                                                                                    PLAINTIFF

v.                                                                                  No. 4:22CV113-GHD-RP

VICKIE THOMAS, ET AL.                                                                    DEFENDANTS

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day:

(1) Defendant Shirley Harris' motion [54] for summary judgment is **GRANTED**;

(2) The motion [58] for summary judgment by defendants Vickie Thomas, N.P. Miranda Shegog, P.A. Shauna Nguyen, James Glisson, M.D., and Willie Knighten is **GRANTED**;

(3) Unserved defendants Sgt. Williams and Officer Sanders benefit from the defense of failure to exhaust administrative remedies raised by the other defendants; as such, they are **DISMISSED** without prejudice from this case[1];

(4) The instant case is therefore **DISMISSED** without prejudice for failure to exhaust administrative remedies.

(5) This case is **CLOSED**.

**SO ORDERED**, this, the 16th day of August, 2022.

_____
SENIOR JUDGE

---

[1] See Lewis v. Lynn, 236 F.3d 766, 768 (5th Cir. 2001) (where a defending party shows that a plaintiff has no cause of action, the defense also benefits an unserved or defaulting defendant).